BROADWAY CENTRAL SECURITIES CORPORATION v. BUCHANAN RESTAURANT CO., INC. (Formerly VISALIA RESTAURANT CO., INC.), and Another.— Application granted.　Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

EVA SOUKUP v. NEW YORK LIFE INSURANCE COMPANY.— Application denied, with ten dollars costs, and stay vacated.　Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LIBERTY LAMP & SHADE CO., INC., v. HARRY M. FISCHER.— Application denied, with ten dollars costs, and stay vacated.　Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES STRACHMAN v. MORRIS LEVY.— Application granted.　Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JULIA A. LOEW and Others v. HENRY E. BEDFORD, JR.— Application denied, with ten dollars costs.　Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MYRON M. STUDNER v. WHITE & ASSOCIATES, INC.— Application denied, with ten dollars costs, and stay vacated.　Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HORTENSE ROSENBLATT v. WILLIAM A. RILEY.— Application denied, with ten dollars costs.　Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE RUDOLPH WURLITZER COMPANY v. HENRY MALLAT.— Application denied, with ten dollars costs, and stay vacated.　Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BURNHAM ASCH v. SOLOMON M. ROSENTHAL, Impleaded, etc.— Application denied, with ten dollars costs.　Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HERMAN L. BITTERMAN v. ELIZA B. NEWMAN and Others.— Application denied, with ten dollars costs, and stay vacated.　Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES BRUSH v. WILLIAM J. DUFFY and Others.— Application denied, with ten dollars costs.　Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JAMES B. MURRIN v. ARCHBALD CONSOLIDATED COAL COMPANY and Others.— Motion denied, with ten dollars costs.　Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of RUSSELL B. MARCHANT, as Trustee, etc., and Another.— Motion denied, with ten dollars costs.　Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

YONE SUZUKI and Others v. FREDERICK P. SMALL, as President, etc.— Motion denied, with ten dollars costs.　Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THOMAS E. O'NEIL v. ANDREW W. MELLON, Director-General of Railroads, etc.— Motion denied, with ten dollars costs.　Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.